**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DONIS JASIEL LOPEZ GARCIA | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil No. 1:15-cv-02118-ESH |
| | * | |
| SULA LLC | * | |
| d/b/a MASA 14 | * | |
| | * | |
| Defendant | * | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff, Donis Jasiel Lopez Garcia, and Defendant, Sula LLC d/b/a MASA 14, respectfully request that this Honorable Court approve a settlement agreement that the Parties reached concerning Plaintiff's lawsuit under the Fair Labor Standards Act 29 U.S.C. § 201, *et seq*. (hereinafter, "FLSA"). As grounds therefore, the Parties state as follows:

In the present case, Plaintiff alleges that Defendant violated the FLSA by failing to pay Plaintiff time and a half his regular rate for the hours he worked over forty in each week. Defendant asserts that it does not owe Plaintiff any additional overtime wages because Plaintiff was a properly exempt executive employee. The Parties agree that bona disputes exist as to the nature of Plaintiff's claims, Plaintiff's alleged damages, and Defendant's asserted defenses thereto.

The present case was resolved during a court ordered settlement conference with a U.S. Magistrate Judge. The Parties seek Court approval of this settlement. A Proposed Order is attached.

Respectfully Submitted,

　　　　　　　　/s/　　　　　　　
Michael K. Amster
Zipin, Amster & Greenberg, LLC
8757 Georgia Ave. Suite 400
Silver Spring, Maryland 20910
Phone: 301-587-9373
Fax: 240-839-9142
Email: mamster@zagfirm.com

*Counsel for Plaintiff*


　　　　　　　　/s/　　　　　　　
Bruce S. Harrison (Bar No. 108415)
Parker E. Thoeni
(Admitted *Pro Hac Vice* 2/24/16)
Shawe & Rosenthal, LLP
One South Street, Suite 1800
Baltimore, MD  21202
Tel:  410-752-1040
Fax: 410-752-8861

*Counsel for Defendant*

June 20, 2016