UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**DONIS JASIEL LOPEZ GARCIA**       )
                                    )
            **Plaintiff,**          )
                                    )
v.                                  )    Case No. 15-cv-2118 (GMH)
                                    )
**SULA, LLC, d/b/a MASA14**         )
                                    )
            **Defendant.**          )
_____)

## ORDER

This matter has been referred to the undersigned for all purposes by consent of the parties. Plaintiff brought this action against Defendant under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq., alleging that Defendant violated the FLSA by failing to pay Plaintiff one and a half times his regular rate for the hours he worked over forty hours in each workweek. Defendant asserts that it does not owe Plaintiff any additional overtime wages because Plaintiff was an executive employee who is exempt from the protections of the FLSA. The parties agree that bona fide disputes exist as to the nature of Plaintiff's claims, Plaintiff's alleged damages, and Defendant's asserted defenses. Nevertheless, the parties have agreed to settle the disputes between them and have filed a joint motion for approval of their settlement agreement [Dkt. 17].

Accordingly, it is hereby

**ORDERED** that the parties' joint motion for approval of the settlement [Dkt. 17] is **GRANTED**; it is further

**ORDERED** that the parties' settlement agreement is hereby approved; and it is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

**SO ORDERED.**

Date:  June 22, 2016

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE